UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sa Ra R. Ali-Bey,                                Case No. 3:25-cv-0957

         Plaintiff

v.                                            ORDER OF TRANSFER

Christina Van Hoose, et al.,

         Defendants.

*Pro se* Plaintiff Sa RA R. Ali-Bey, a resident of Toledo, Ohio, filed this civil rights action against: five individuals residing in Ypsilanti, Michigan and Ann Arbor, Michigan; the Michigan Department of Health and Human Services in Ypsilanti, Michigan; and the Washtenaw County Friends of the Court in Ann Arbor, Michigan. Plaintiff alleges he was denied due process and equal protection in a child custody and child support matter in Washtenaw County, Michigan. He seeks monetary damages.

       The Northern District of Ohio is not the proper venue for this action. A civil action may be brought only in: (1) a judicial district where any Defendant resides, if all Defendants reside in the state in which the Court is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred; or (3) if there is no district in which an action may otherwise be brought as provided by this section, any judicial district in which any Defendant is subject to the Court's personal jurisdiction with respect to the action brought. 28 U.S.C. § 1391(b). The Northern District of Ohio meets none of these criteria. All of the Defendants reside in the Eastern District of Michigan, and the events giving rise to this Complaint occurred in the Eastern District of Michigan.

Because the Eastern District of Michigan is the proper venue for this case, I transfer this action to the United States District Court for the Eastern District of Michigan.

So Ordered.

                                                         s/ Jeffrey J. Helmick
                                                         United States District Judge